38 A.3d 765

Deshawn BRUNSON, Petitioner

v.

PHILADELPHIA COURT OF COMMON PLEAS (PCRA) CRIMINAL TRIAL DIVISION/POSTTRIAL UNIT, Respondent.

No. 95 EM 2011.

Supreme Court of Pennsylvania.

Feb. 13, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of February, 2012, the Petition for Writ of Mandamus is **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is directed to forward the filing to counsel of record.